# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL V. AVILA, | ) |
| Plaintiff, | ) Case No. 2:13-cv-00569-GMN-GWF |
| vs. | ) **ORDER** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | ) |
| Defendant. | ) |

This matter is before the Court on Defendant's Motion to Strike Complaint or Alternatively to Stay Discovery Pending a Ruling on Defendant's Motion to Dismiss (#20), filed on September 9, 2013. Plaintiff did not file a response to this motion. Based on the fact that Defendant's Motion to Dismiss (#5), which has been fully briefed, is awaiting decision by the Court, Plaintiff's non-opposition to the instant motion, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant's Motion to Strike Complaint or Alternatively to Stay Discovery Pending a Ruling on Defendant's Motion to Dismiss (#20) is **granted**, in part, as follows: Discovery in this action is hereby stayed pending the decision on Defendant's Motion to Dismiss (#5).

**IT IS FURTHER ORDERED** that the hearing in this matter currently set for October 7, 2013 at 10:30 A.M. is hereby **vacated**.

DATED this 4th day of October, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge